IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DANIEL JACKSON**,<br><br>       Plaintiff,<br><br>    v.<br><br>**STATE OF OREGON** and **WARREN ROBERTS**,<br><br>       Defendants. | Case No. 6:24-cv-1660-SI<br><br>**ORDER DISMISSING DEFENDANT STATE OF OREGON WITHOUT PREJUDICE** |

**Michael H. Simon, District Judge.**

Plaintiff Daniel Jackson has sued the State of Oregon for negligence and Warren Roberts for violating his Eighth Amendment rights under 42 U.S.C. § 1983. Defendant State of Oregon moves for Judgment on the Pleadings under Rule 12(c) of the Federal Rules of Civil Procedure. ECF 21. For the reasons stated in the State's motion, Jackson's claim against the State of Oregon is barred by the doctrine of state sovereign immunity under the Eleventh Amendment.[1]

The Court GRANTS the Motion for Judgment on the Pleadings, ECF 21, and DISMISSES without prejudice Jackson's claim against the State of Oregon.

**IT IS SO ORDERED.**

DATED this 21st day of October, 2025.

                                            /s/ *Michael H. Simon*
                                            Michael H. Simon
                                            United States District Judge

---

[1] Jackson does not dispute that dismissal of this claim on this ground is appropriate. ECF 29 at 1.

PAGE 1 – ORDER